**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| TrimLife, Inc., a North Dakota Corporation ) <br> TL Sciences, LLC, a Delaware Limited ) <br> Liability Corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Terry L. Guthmiller, ) <br> ) <br> Defendant. ) | **ORDER OF DISMISSAL** <br><br><br><br><br> Case No. 1:05-cv-120 |

A "Stipulation of Dismissal Without Prejudice" signed by counsel for Plaintiff and Defendants was filed with the Court on January 18, 2006. The Court adopts the stipulation (Docket No. 6) and **ORDERS** that the case be dismissed without prejudice and without costs to either party.

Dated this 19th day of January, 2006.

Daniel L. Hovland, Chief Judge
United States District Court